| | | | | | |
|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>CAE | 2. PERSON REPRESENTED<br>Osorio, Ricardo | | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER<br>1:05-000077-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Osorio | 8. PAYMENT CATEGORY<br>Felony | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | | 10. REPRESENTATION TYPE (See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 841A=CD.F -- CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Mitts, Gregory H.
1309 L Street
Bakersfield CA 93301

Telephone Number: (661) 323-0789

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel
Prior Attorney's Name: _____
Appointment Date: _____
[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
5/2/20   04/22/2005   4/22/2005   5/2/2005   tag
Date of Order   Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | 0.5 | ~~$45~~ | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90.00)  TOTALS: | 0.5 | ~~$45~~ | | | |
| 16. a. Interviews and Conferences | 0.5 | ~~45~~ | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90.00)  TOTALS: | 0.5 | 45.00 | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | 1.0 | 90.00 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM 4/22/05 TO 4/22/05
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
4/23/05
21. CASE DISPOSITION

22. CLAIM STATUS  [X] Final Payment  [ ] Interim Payment Number _____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  [ ] YES  [X] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: 08/22/05

APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP.<br>$45.00 | 24. OUT OF COURT COMP.<br>$45.00 | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT<br>$90.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE 8/30/2005 | 28a. JUDGE / MAG. JUDGE CODE<br>72BJ |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

MAY 0 3 2005   AUG 2 3 2005

Case Name U.S. v. Osorio
Case Number 1:05-00077-001

## In-Court Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 4-22-05 | Initial Appearance | O.S | | | | | | | |
| 4-22-05 | Interview/Conference | | | | | | | | |
| | | | | | | | | | |
| Page Total | | 1 | | | | | | | |
| Grand Total | | | | | | | | | |

Page 1 of 1

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL P05-0250

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| CAE | Miyahara, Harumi Gerald | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | 1:05-000150-001 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. Miyahara | Felony | Adult Defendant | | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1708.F -- THEFT OR RECEIPT OF STOLEN MAIL MATTER

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Mitts, Gregory H.
1309 L Street
Bakersfield CA 93301

Telephone Number: (661) 323-0789

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
05/10/2005  5/18/2005   5/10/2005
Date of Order                        Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | 0.5 | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00) TOTALS: | 0.5 | 45.00 | | | |
| 16. | a. Interviews and Conferences | 0.5 | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00) TOTALS: | 0.5 | 45.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | 1.0 | 90.00 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM 5/14/05 TO 5/16/05

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
5/17/05

21. CASE DISPOSITION

22. CLAIM STATUS   [X] Final Payment   [ ] Interim Payment Number ___   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [ ] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   [ ] YES   [X] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: 08/22/05

APPROVED FOR PAYMENT – COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| $45.00 | $45.00 | | | $90.00 |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER   DATE 8/30/2005   28a. JUDGE/MAG. JUDGE CODE 72BJ

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.   DATE   34a. JUDGE CODE

MAY 20 2005   AUG 23 2005

Case Name U.S. v. Miyamura
Case Number 1:05-00150-001

In-Court Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 5-16-05 | Initial Appearance | 0.5 | | | | | | | |
| 5-16-05 | Interview/Conference | 0.5 | | | | | | | |
| | | | | | | | | | |
| Page Total | | 1 | | | | | | | |
| Grand Total | | 1 | | | | | | | |

Page 1 of 1