PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 1:05CR00150-01 OWW** |
| ) | |
| **HARUMI GERALD MIYAHARA** ) | |
| ) | |

On February 1, 2006, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that He be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**Thomas A. Burgess
Supervising United States Probation Officer**

Dated:     May 5,  2008
           Bakersfield, California

**Re:   HARUMI GERALD MIYAHARA**
**Docket Number:   1:05CR00150-01 OWW**
**ORDER TERMINATING SUPERVISED RELEASE**
**<u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that Mr. Harumi Miyahara be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                           /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE